IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| E. Lee Spence, | ) | C/A No.: 3:12-280-SB-SVH |
|             Plaintiff, | ) | |
| vs. | ) | |
| The Abandoned Wreckage, located within a five nautical miles radius of a center point at 33º, North latitude and 79º 14' West longitude, but excluding any portion of that area and any wreckage located within the three nautical miles limits of the waters of the State of South Carolina, and further excluding any wreckage of any vessels owned by the United States and/or by the State of South Carolina and/or by any foreign government, | ) | ORDER |
|             Defendant. | ) | |

This matter is before the court upon the complaint in admiralty [Entry #1] of the Plaintiff who seeks title to defendant the Abandoned Wreckage, located within a five nautical miles radius of a center point at 33º, North latitude and 79º 14' West longitude, but excluding any portion of that area and any wreckage located within the three nautical miles limits of the waters of the State of South Carolina, and further excluding any wreckage of any vessels owned by the United States and/or by the State of South Carolina and/or by any foreign government ("Abandoned Wreckage").

The court having reviewed the verified complaint in accordance with the requirements of Fed. R. Civ. P. C(3), and it appearing to the court that Plaintiff has set forth a *prima facie* showing that an action *in rem* exists and the Abandoned Wreckage is located in the District, all of which support the issuance of a warrant for arrest of the Abandoned Wreckage, including but not necessarily limited to hull material, engines, tackle, apparel, appurtenances, ballast, cargo and passengers' possessions hereunto appertaining and belonging to her *in rem*, it is, therefore,

ORDERED that the Clerk of Court be and hereby is authorized to issue forthwith a warrant of arrest of the Abandoned Wreckage and to deliver said warrant, together with other appropriate process, to the United States Marshal for execution, and it is;

FURTHER ORDERED that the United States Marshal, forthwith upon receipt of same, execute the aforesaid warrant for arrest against defendant Abandoned Wreckage.

IT IS SO ORDERED.

March 1, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge